[No. 28366-6-III.   Division Three.   January 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ERIC DAVIS, *Appellant*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28969-9-III.   Division Three.   January 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL GREGORY McEACHRAN, *Appellant*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29104-9-III.   Division Three.   January 20, 2011.]

NEW CARE CONSTRUCTION, LLC, *Respondent*, v. MIKE HARVEY'S PLUMBING SERVICES, INC., *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 39108-2-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD TEO, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Worswick, A.C.J., and Armstrong, J.